**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TYISHA TOMLINSON,

        Plaintiff,                    24 **CIVIL** 8188 (SN)

    -v-                             **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 15, 2025, the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. On remand, the ALJ will issue a new decision, and Plaintiff will be offered the opportunity for a hearing.

**Dated:** New York, New York

       January 15, 2025

                                                   **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                         **BY:**        *K. Mango*

                                                        **Deputy Clerk**